UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Tia Pass

    v.                                          Civil No. 11-cv-284-JL

Rollinsford School District

**O R D E R**

The court has undertaken active consideration of the record and the parties' decision memoranda. It is the court's practice to hear oral argument on all dispositive matters. Plaintiff's motion for oral argument (document no. 33) is therefore GRANTED. If, however, there is any reason that the court should not actively consider the record and memoranda at this time (such as an imminent settlement or planned, potentially successful mediation), counsel are requested to immediately notify the Deputy Clerk. If the Deputy Clerk is not so informed by **March 22, 2012**, a hearing will be scheduled.

    SO ORDERED.

                                                    /s/ Joe Laplante
                                                    Joseph N. Laplante
                                                    United States District Judge

Dated: March 15, 2011

cc: Richard L. O'Meara, Esq.
    Jeanne M. Kincaid, Esq.
    Melissa A. Hewey, Esq.